IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01286-REB-BNB

HILDA SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

Plaintiff,

v.

MILE HI METRO MAINTENANCE, INC., d/b/a MILE HI SERVES or MILE HI AERATION,
and
FLORIAN B. MCCANN, individually,

Defendants.

---

**ORDER**

---

At the request of the parties:

IT IS ORDERED that a supplemental settlement conference will be held on **May 4, 2010, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a updated confidential settlement statement to my chambers on or before **April 30, 2010**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated April 23, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge