IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01286-REB-BNB

HILDA SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

Plaintiff,

v.

MILE HI METRO MAINTENANCE, INC., d/b/a MILE HI SERVES or MILE HI AERATION, and
FLORIAN B. MCCANN, individually,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **June 11, 2010**, the parties shall file the papers necessary to effectuate the settlement.

IT IS FURTHER ORDERED that, in view of the settlement, the Plaintiff's Motion to Supplement and Replace Exhibit A to Plaintiff's Complaint [Doc. # 51] (the "Motion to Supplement") is DENIED as moot, and the hearing on the Motion to Supplement set for May 28, 2010, at 1:30 p.m., is VACATED.

Dated May 28, 2010.

                                                            BY THE COURT:

                                                            s/ Boyd N. Boland
                                                            United States Magistrate Judge